IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

NO. 5:20-CR-455-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| ) | **NOTICE OF APPEAL** |
| ) | |
| DWIGHT EUGENE BELL, ) | |
| Defendant ) | |

_____

Notice is hereby given that Dwight Eugene Bell, Defendant in the above -named case, appeals to the United States Court of Appeals for the Fourth Circuit from the final judgement dated June 8, 2021.

Sine the defendant is an indigent person now confined to the Bureau of Prisons for 33 months, the defendant is indigent as defined by law and her requests the appointment of counsel.

Respectfully submitted this the 17th day of June, 2021.

                                                                                            /s/ William F, Finn, Jr.
                                                                                            WILLIAM F. FINN, JR.
        Appointed Attorney for Defendant
        Sandman, Finn & Fitzhugh, PLLC
        7101 Creedmoor Road, Suite 122
        Raleigh, North Carolina 27613
        Telephone: 919-845-6688
        Facsimile: 919-845-6639
         bill@ccdattorneys.com
        N.C. State Bar NO. 26715

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date shown below the foregoing was served with the Clerk of Court through the electronic filing system which will send notification to all registered participants and Assistant United States Attorney Tobin Lathan.

Respectfully submitted this the 17th day of June, 2021.

    Tobin W Lathan
    Assistant United States Attorney
    United States Attorney's Office
    Eastern District of North Carolina
    150 Fayetteville Street, Suite 2100
    Raleigh, North Carolina 27601
    Telephone: 919-856-4274
    Facsimile: 919-856-4821
    Toby.Lathan@usdoj.gov

    /s/ William F, Finn, Jr.
    WILLIAM F. FINN, JR.
    Appointed Attorney for Defendant
    Sandman, Finn & Fitzhugh, PLLC
    7101 Creedmoor Road, Suite 122
    Raleigh, North Carolina 27613
    Telephone: 919-845-6688
    Facsimile: 919-845-6639
    N.C. State Bar NO. 26715
    Email: bill@ccdattorneys.com

    APPOINTED ATTORNEY FOR THE DEFENDANT
    DWIGHT EUGENE BELL, Jr.